IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FIRST COMMERCE LEASING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NUMBER |
| ) | |
| WALTER A. SKOVRONSKI, IRVIN G. ) | 00-RRA-3039-S |
| JOHNSON, and JERRY C. TAYLOR, ) | |
| ) | |
| Defendants. ) | |

**ENTERED**

**MAY 1 6 2001**

**MEMORANDUM OPINION**

Walter A. Skovronski was served with the summons and complaint in this action on November 13, 2000. Irvin G. Johnson was served with the summons and complaint on February 9, 2001. Neither defendant filed an answer. On April 24, 2001, Plaintiff filed a motion for default judgment. On April 25, 2001, the clerk made an entry of default against Skovronski and Johnson.

The Court has considered Plaintiff's submissions in support of its claim and it is hereby FOUND that First Commerce Leasing is due $236,940.90 for equipment leases, late fees, interest, attorneys' fees, and collection expenses, from Walter A. Skovronski and Irvin G. Johnson. A partial final judgment in accordance with this memorandum opinion will be entered.

DONE this 14th day of May, 2001.

Chief United States District Judge
U. W. Clemon

